UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 1:10-cr-198 |
| Plaintiff, | HON. PAUL L. MALONEY |
| VS | **STIPULATION AND ORDER TO SUBSTITUTE COUNSEL** |
| **LAZARO VELASCO-CALDERON,** | |
| Defendant. | |

_____/
James Dimitriou, II (P41780)
**DIMITRIOU LAW OFFICES, PC**
Attorney for Defendant
190 Monroe Ave. NW
Suite No. 300
Grand Rapids, MI 49503
(616) 454-7969
_____/

## STIPULATION

**NOW COMES** the undersigned and hereby stipulate and agree that **JAMES DIMITRIOU, II** of **DIMITRIOU LAW OFFICES, PC** shall be substituted for attorney **ELIAS ORTIZ** as counsel for Defendant, **LAZARO VELASCO-CALDERON** in this matter.

Dated: 7/30/10        /s/ David L. Kaczor
                     David L. Kaczor         P29860
                     **FEDERAL PUBLIC DEFENDER'S**

Dated: 7/30/10        /s/ James Dimitriou, II
                     James Dimitriou, II      P41780
                     **DIMITRIOU LAW OFFICES, PC**
                     Attorney for Defendant

**IT IS SO ORDERED**

Date:  August 5, 2010        /s/ Paul L. Maloney
                             _____
                             Hon. Paul L. Maloney
                             Chief US District Judge